FILED
2023 May-26 AM 10:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

### for the
### Northern District of Alabama

### Southern Northern Division

2023 MAY 25 P 2:39

|  |  |
|---|---|
| Text | Case No. 2:23cv679-JHE |
| **Kyle Shaw** | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| **Ann wojcicki with 23and me** | |
| **Elon Musk with Twitter** | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

# UNITED STATES DISTRICT COURT
### for the
Northern District of Alabama

_____ Division

Kyle James Shaw
*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Elon Musk, Ann Wojcicki
*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR THE CONVERSION OF PROPERTY
(28 U.S.C. § 1332; Diversity of Citizenship)

### I.    The Parties to This Complaint

####    A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Kyle James Shaw |
| Street Address | 940 Co Rd 8 |
| City and County | Cullman Alabama 35057 |
| State and Zip Code | 35057 |
| Telephone Number | (256) 385-2690 |
| E-mail Address | Shawkerry044@Gmail.com |

####    B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name

Address                        Kyle Shaw              940 Co Rd 8

Cullman.            Al.                        35057

                                      *City*                  *State*          *Zip Code*

County

Telephone Number        256)385-2690

E-Mail Address

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

  Name                          Elon Musk

  Job or Title *(if known)*     CEO and Owner of Twitter

  Address                        Market Square 1355 market St Suite 900

                                      San Francisco     CA              94103

                                      *City*                *State*          *Zip Code*

  County                        San Francisco County

  Telephone Number

  E-Mail Address *(if known)*

  ☐ Individual capacity     ☑ Official capacity

Defendant No. 2

  Name                          Ann Wojcicki

  Job or Title *(if known)*     Owner of 23 and me

  Address                        349 Oyster Point Blv South

                                      San Francisco     CALi            94080

                                      *City*                *State*          *Zip Code*

  County                        Sanfrancisco County

  Telephone Number

  E-Mail Address *(if known)*

  ☐ Individual capacity     ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name

*ETAL . Gov ← Id like to address Courts*

Job or Title *(if known)*

*Referring to this Research .*

Address

*USA*

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*The Same Rights that everyone Else had other than me and my Twin Our Right where Violated at Birth*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Be Cacese DNA Taken and Research like e chimpanzee shared my DNA Deta with foreign Countrys and broke a forbidden Rule and wrecklessly put America in Danger

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

This is not a claim its a response to facts and the fact I bring is in writing and in my blood it cant be denied for it is the book of life

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Annotation 104 is my Data and this 37 Build of 104 annotation is 100% human content of Derine Nature with signitured blood data provided and 100% accurate

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The ones who think they are unseen and hide from this truth seek the Valiable Use of the Sons Book inherated from the God in the pledse of alligance, When are nation was built with principles our fathers Guidance a nation his beloved would claim the new jeruselum

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The Worst treatment and Betrayal of Rights, respect and no one could even understand what and how this has effected me.

Elon will Pay 50,000,000,000 shut down anything that is artifical data of my DNA and dispose all my info 50, Billion

Ann Wojcicki will pay 150,000,000 and as the same loose all my data and 50% of the companies Yearly Gross

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Elon    50 Billion

Ann    150 million with 50% of annual Gross

Et AL. Gov

Special Deal for US and security of my data and All Rights Full pardon All Rights Special Deal in using my Data for medical safty military Defence but no AI and no more sells or Sharing this inheritance I recieved I and a special team alone with military leaders can arrange the use of this Knowledge.

Reminder those who take from this book is erased from the other Book

Page 5 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *May 15, 2023*

Signature of Plaintiff    *Kyle Shaw*

Printed Name of Plaintiff    *Kyle J Shaw*

### B.    For Attorneys

Date of signing:    _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | *City*        *State*        *Zip Code* |
| Telephone Number | _____ |
| E-mail Address | _____ |

AO 30 (Rev. 10/13) Certified Copy

# UNITED STATES DISTRICT COURT
for the
_Northern_ District of _Alabama_

## CERTIFIED COPY

I, _____ , Clerk of the United States District Court, certify
that the attached is a true and full copy of the original

now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at

_____ , in this State, on _____
City                                                                    Date


_____                    _____
Clerk                                            (By) Deputy Clerk

AO 30 (Rev. 10/13) Certified Copy

# UNITED STATES DISTRICT COURT
for the

_Northern_ District of _Alabama_

## CERTIFIED COPY

I, _____ , Clerk of the United States District Court, certify

that the attached is a true and full copy of the original

now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at

_____ _____ , in this State, on _____

City                                                                                                          Date

_____                    _____

Clerk                                                                    (By) Deputy Clerk

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.  If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

2.  If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name )* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.  If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

2   If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

III.    **Statement of Claim**

A.    Describe the property that you own that is the subject of this complaint, including its value.

B.    How and when did you come to own the property?

C.    How and when did the defendant(s) obtain possession of the property? Describe with particularity the actions the defendant(s) took to convert the property.

D.    *(If the defendant(s) rightfully came into possession of the property):* Describe how and when you notified the defendant(s) that the property belonged to you. Describe how and when you demanded that the defendant(s) deliver or return the property, and what response you received from the defendant(s). Attach a copy of any written correspondence with the defendant(s), if such copies exist.

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          _____

Signature of Plaintiff

Printed Name of Plaintiff     _____

### B.    For Attorneys

Date of signing:          _____

Signature of Attorney       _____

Printed Name of Attorney    _____

Bar Number            _____

Name of Law Firm         _____

Street Address          _____

State and Zip Code        _____

Telephone Number         _____

E-mail Address          _____

The above discussion focuses on failing sequences, and does not address the validity of passing sequences or the correctness of their annotation. In our testing of VADR since May 2018, indexers have manually reviewed the sequences that pass VADR and have largely agreed that they should indeed pass. Where they have disagreed, we have modified VADR during its development to fail the sequences in question. Additionally, in our testing of the NP and NC datasets, when VADR and VIGOR both pass a sequence they nearly always have the same annotations: 703 of the 705 (99.7%) CDS annotations with consistent product names (VP1, VP2 or nonstructural polyprotein) had identical ordinates in the VADR and VIGOR output.

ate, VADR has been used to eds of norovirus and dengue virus ces submitted to GenBank. During diate phases of testing, we recorded in he fate of every submitted sequence into six categories. Among 922 norovirus sequences submitted in 2019 during this phase, 898 (97%) were accepted automatically, 8 were accepted by an indexer without changes, 8 were accepted by an indexer after making changes, and 8 were sent back to the submitter. Among 2644 dengue virus

Download PDF

CDS or end 5' of the end of the VP2 CDS) because VAPiD is not designed to handle incomplete sequences. This leaves 150 of the original 200 sequences in the NC set for defining FP and FN rates. We assert that the 129 sequences that pass all three programs are all positives, which is reasonable for our specific purpose of comparing only these three programs.

We manually examined the remaining 21 sequences and determined that 3 of them have undeniable serious errors and so should be classified as 'negatives'. FV536857.1, which matches best to a non-norovirus RefSeq in VADR's model library (NC_006875) and appears to be reverse complemented, is failed by all three programs and so is counted by all three as a true negative (TN). [...] an early in-frame stop c[...] 590 nt 5' of the e[...] site, is appro[...]ately failed by VADR and VIGOR (TN) but pass[...] VAPiD (FP). KY905331.1 lacks a valid sta[...]on in the nonstructural polyprotein CDS an[...]d by VADR and VAPiD (TN) but passed b[...] cautiously defined the remaini[...]es, all of which are failed by VADR but passed by VIGOR and VAPiD, as positives because each sequence is arguably valid but is just too different from the matching RefSeq model to pass VADR.

2:46

5G

Craig, N. L. A hyperactive *piggyBac* transposase for mammalian applications. *Proc. Natl Acad. Sci. USA* **108**, 1531–1536 (2011).

**Article**  **CAS**  **PubMed**  **PubMed Central**

**Google Scholar**

23. Tipanee, J., Vandendriessche, T. & Chuah, M. K. Transposons: moving forward from preclinical studies to clinical trials. *Hum. Gene Ther.* **28**, 1087–1104 (2017).

**Article**  **CAS**  **PubMed**  **Google Scholar**

24. Gaidukov, L. et al. A multi-landing pad DNA integration platform for mammalian cell engineering. *Nucleic Acids Res.* **46**, 4072–4086 (2018).

PDF ⤓  **Article**  **CAS**  **PubMed**

**PubMed Central**  **Google Scholar**

25. Durrant, M. G. et al. Systematic discovery of recombinases for efficient integration of large DNA sequences into the human genome. *Nat. Biotechnol.* https://doi.org/10.1038/s41587-022-01494-w (2022).

PDF ⤓  **Article**  **PubMed**  **Google Scholar**

9. Moynahan, M. E. & Jasin, M. Mitotic homologous recombination maintains genomic stability and suppresses tumorigenesis. *Nat. Rev. Mol. Cell Biol.* **11**, 196–207 (2010).

PDF ⬇  **Article   CAS   PubMed**

**PubMed Central   Google Scholar**

10. Lin, S., Staahl, B. T., Alla, R. K. & Doudna, J. A. Enhanced homology-directed human genome engineering by controlled timing of CRISPR/Cas9 delivery. *eLife* **3**, e04766 (2014).

**Article   PubMed   PubMed Central**

**Google Scholar**

11. Zuccaro, M. V. et al. Allele-specific chromosome removal after Cas9 cleavage in human embryos. *Cell* **183**, 1650–1654 (2020).

**Article   CAS   PubMed   Google Scholar**

12. Adikusuma, F. et al. Large deletions induced by Cas9 cleavage. *Nature* **560**, E8–E9 (2018).

PDF ⬇  **Article   CAS   PubMed**

**Google Scholar**

13. Kosicki, M., Tomberg, K. & Bradley, A. Repair of double-strand breaks induced by CRISPR–

**2:43** ⁊                                    ▪▫ 5G ⬭

**Additional access options:**

- Log in
- Learn about institutional subscriptions
- Read our FAQs
- Contact customer support

## Data availability

Sequencing data have been deposited in the National Center for Biotechnology Information's Sequence Read Archive under Gene Expression Omnibus accession number GSE223174 (ref. [92]). Source data are provided with this paper.

## References

1. Pickar-Oliver, A. & Gersbach, C. A. The next generation of CRISPR–Cas technologies and applications. *Nat. Rev. Mol. Cell Biol.* **20**, 490–507 (2019).

   | PDF ↧ | **Article** **CAS** **PubMed**

   **PubMed Central** **Google Scholar**

2. Knott, G. J. & Doudna, J. A. CRISPR–Cas guides the future of genetic engineering. *Science* **361**, 866–869 (2018).

   **Article** **CAS** **PubMed** **PubMed Central**

   **Google Scholar**

3. Anzalone, A. V., Koblan, L. W. & Liu, D. R.

12:34 ◹

## Detail for Customers with British and Irish Ancestry



As part of a series of ancestry updates, 23andMe has added finer detail for customers with British & Irish ancestry. More than half of our customers on the latest genotyping chip, v5, will likely match one or more of the 38 Genetic Groups we added for custo[...]stry in Ireland and Great Britain (often [...]

 **23andMe**                    **3d**

## New 23andMe+ Report on Attention Deficit/Hyperactivity Disorder



This week, we released a new report powered by 23andMe research on attention deficit/hyperactivity disorder (ADHD) for 23andMe+ members. What is ADHD? ADHD is caused by differences in the brain that can affect attention, working memory, and something called "executive function" or the way the brain prioritizes or manages thoughts and behaviors.

  

   

12:37

**Show details**

|  **Full text links** | " **Cite** | ... |

# Abstract

**Background:** No prior twin study has explored the heritability of clinically diagnosed attention deficit hyperactivity disorder (ADHD). Such studies are needed to resolve conflicting results regarding the importance of genetic effects for ADHD in adults. We aimed to estimate the relative contribution of genetic and environmental influences for clinically diagnosed ADHD across the lifespan with a specific focus on ADHD in adults.

**Method:** Information on zygosity and sex was obtained from 59514 twins born between 1959 and 2001 included in the nationwide population-based Swedish Twin Registry. Clinical data for ADHD diagnoses (i.e. stimulant or non-stimulant medication for ADHD) were obtained from the Swedish Prescribed Drug Register (PDR) and from the National Patient Register (i.e. ICD-10 diagnosis of ADHD). Twin methods were applied to clinical data of ADHD diagnoses using structural equation modeling with monozygotic (MZ) and dizygotic (DZ) twins.

**Results:** The best-fitting model revealed a high






## Writing more informative titles and abstracts

**Editorial**   25 Apr 2023

## Prevent upwards bullying and abuse of reporting systems

Morteza Mahmoudi
**Correspondence**   09 Mar 2023

## Reflecting on the 2022 World Health Summit

Adedoyin E. Oyekan, Bethel K. Kebede & Priscilla Deji
**Correspondence**   03 Mar 2023

## Insights into the accuracy of social scientists' forecasts of societal change

Igor Grossmann, Amanda Rotella ... Tom Wilkening
**Article**   09 Feb 2023

## Early morning university classes are associated with impaired sleep and academic performance

Sing Chen Yeo, Clin K. Y. Lai ... Joshua J. Goole
**Article**   Open Access   20 Feb 2023

## Race, academic achievement and the issue of inequitable motivational payoff

David M. Silverman, R. Josiah Rosario ... Mesmin Destin
**Article**   23 Feb 2023

nature
humanbehaviour



▸ Author information ▸ Copyright and License information    Disclaimer


The publisher's final edited version of this article is available at Horm Behav

## Abstract

Go to: ▸

Though there are multiple routes through which parents can influence their offspring, recent studies of environmentally induced epigenetic variation have highlighted the role of non-genomic pathways. In addition to the experience-dependent modification of DNA methylation that can be achieved *via* mother-infant interactions, there has been increasing interest in the epigenetic mechanisms through which paternal influences on offspring development can be achieved. Epidemiological and laboratory studies suggest that paternal nutritional and toxicological exposures as well as paternal age and phenotypic variation can lead to variations in offspring and, in some cases, grand-offspring development. These findings suggest a potential epigenetic germline inheritance of paternal effects. However, it may be important to consider the interplay between maternal and paternal influences as well as the experimental dissociation between experience-dependent and germline tı when exploring the role of epigenetic

Feedback

## Using i.e. and e.g. correctly

I find that sometimes students are unsure about when to use the abbreviations "i.e." and "e.g." and the difference between the two. They are not interchangeable; each has its own meaning and usage. The abbreviation "i.e." stands for *id est,* which is Latin for "that is." The abbreviation "e.g." stands for the Latin phrase *exempli gratia,* meaning "for example."

Let's consider a sentence that uses "i.e.": All employees will receive the standard discount; i.e., 20 percent. Because *id est* means "that is," management is using "i.e., 20 percent" to define the standard discount. And because "i.e., 20 percent" forms an independent clause—a complete sentence—we technically have created a compound sentence: All employees will receive the standard discount; i.e., 20 percent. So we use a semicolon to join the two independent clauses.

Let's consider another one. One meal (i.e., breakfast) is included in the price of the room. Here, " i.e." specifies that breakfast is the *only* meal included. Again, we have created an independent clause—i.e. breakfast—but this time, it falls in the interior of the sentence. So technically, either parentheses or dashes should surround it.

Now let's look at a sentence using "e.g.": Certain fur-bearing mammals, e.g., nutria and otters, spend much of their lives in the water. Unlike "i.e."—which is used to specify a particular meaning—"e.g." simply means "for example." Style manuals vary on punctuation that should used to enclose the "e.g." phrase when it appears in the interior of a sentence. Some state that it should appear only inside parentheses; others state that commas may be used, provided that what follows "e.g."—as in our last example—does not constitute an independent clause.

Here's another one: There are some herbs that belong in every kitchen garden (e.g., basil, rosemary, and oregano). Again, there may be other herbs that are equally useful; those are simply three examples. When the "e.g." passage falls at the end of the sentence, you can either enclose it in parentheses or set it off with a comma before "e.g." But as before, if "e.g." introduces an independent clause, use a semicolon because it's likely you've formed another compound sentence. The following would be an example: The beach closes when conditions warrant it; e.g., a hurricane warning has been issued.

In modern American English, a comma should follow both e.g. and i.e. And because they have both become so commonplace, it is unnecessary to place the abbreviations in italics, even though they are abbreviated Latin phrases.

 

3:44 ✈

.ıı  5G ⚡

< 🔒 **vw.trinka.ai** 🔖 ⬆ ⋯

● ●
**TRINKA**

≡                                                🔍

most frequently used to indicate multiple authors of a cited work.

"Et al." has some strong similarities to other Latin abbreviations, namely "etc." "Etc." is an abbreviation of another Latin phrase "et cetera." "Et al." and "etc." are easily confused because "etc." also means "and others." However, English writers distinguish clearly between "et al." and "etc." using one simple rule. "Et al." is used for people, while "etc." is used for things or animals. For example, we could say "Jinkyung et al. went to the grocery store to buy ice cream, cookies, etc." "Et al." lets us know there are additional people besides Jinkyung, while "etc." lets us know that they bought other items in addition to ice cream and cookies. "Etc." is used widely in both formal and informal situations, while "et al." is generally limited to formal academic writing.

One lesser known use of "et al." is as an abbreviation of "et alibi." "Et alibi" translates to "and elsewhere." It is used in academic writing to indicate locations that

  

←                    ☺                    🏠                    ②

2:45    5G

Download PDF

## Results

For this case study, we selected seven protein sequences for common biotechnology tools, ranging in length from 18 to 231 amino acids. One of these is the T4 foldon, a short sequence from an *E. coli* bacteriphage that has a long history of use for stabilization of proteins (e.g.[10,11]), including applications in vaccines (e.g.[12,13,14]). Three others are protein tags used for purification: a peptide signal for secretion[15] and the streptavidin tag[16] either coupled with a PreScission protease target or in a twin streptaptividin configuration[17]. The final three are reporter sequences, which have greater length: the first 60 amino acids of a GFP fluorescent protein, the NanoLuc luciferase[18], and the ZsGreen fluorescent protein[19]. Sequences are provided in Supplementary S1.

  

**15 Photos Selected**

The above discussion focuses on failing sequences, and does not address the validity of passing sequences or the correctness of their annotation. In our testing of VADR since May 2018, indexers have manually reviewed the sequences that pass VADR and have largely agreed that they should indeed pass. Where they have disagreed, we have modified VADR during its development to fail the sequences in question. Additionally, in our testing of the NP and NC datasets, when VADR and VIGOR both pass a sequence they nearly always have the same annotations. 702 of the 705 (99.7%) CDS annotations with consistent product names (VP1, VP2 or nonstructural polyprotein) had identical ▓▓▓▓ ▓▓rdinates in the VADR and VIGOR output.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ with VAD▓ ▓▓ate, VADR has ▓▓▓▓ ▓▓▓ ▓▓ ▓ ▓eds of norovirus and dengue virus se▓▓▓▓ces submitted to GenBank. During in▓▓▓▓ediate phases of testing, we recorded in de▓▓▓ he fate of every submitted sequence into six categories. Among 922 norovirus sequences submitted in 2019 during this phase, ▓▓▓ ▓▓▓▓▓▓▓ were accepted automatically, 8 were accepted by

  **15 Photos Selected**

4:06    5G

## Participation bias in the UK Biobank distorts genetic associations and downstream analyses

Tabea Schoeler, Doug Speed ... Zoltán Kutalik

**Article**    Open Access    27 Apr 2023

## Ethnic diversity fosters the social integration of refugee students

Zsófia Boda, Georg Lorenz ... Aileen Edele

**Article**    Open Access    27 Apr 2023



## Sensory perception relies on fitness-maximizing codes

Jonathan Schaffner, Sherry Dongqi Bao ... Rafael Polania

**Article**    Open Access    27 Apr 2023



## Nationwide health, socio-economic and genetic predictors



## in Finland

Tuomo Hartonen, Bradley Jermy ... Andrea Ganna

**Article**    Open Access    20 Apr 2023



## Multiplexing working memory and time in the trajectories of neural networks

Shanglin Zhou, Michael Seay ... Dean V. Buonomano

**Article**    20 Apr 2023

## Glo██████ natural beliefs



Matthew I. Billet & Ara Norenzayan
**News & Views**   03 Apr 2023

## People who are averse to uncertainty exhibit expanded semantic representations

**Research Briefing**   30 Mar 2023



## Scaling up behavioural studies of visual memory

Jordan W. Suchow
**News & Views**   23 Mar 2023



## A simple heuristic for distinguishing lie from truth

**Research Briefing**   22 Mar 2023

## A██████████ for applying behavioural science

Michael Hallsworth
**Perspective**   20 Mar 2023

## Individual ranking based on polygenic indices is unstable

**Research Briefing**   15 Mar 2023

## How do mothers matter for interg████ational mobility globally?

**Research Briefing**   08 Mar 2023

Collections ⁄



## COVID-19 and human behaviour

Human behaviour has been critical in shaping the COVID-19 pandemic, and the actions of individuals, groups, nation states and international bodies all have a role to play in curbing its spread. This means that insights from behavioural, social and health sciences are and will continue to be invaluable throughout the course of the pandemic. In this Focus, ~~we bring together original~~ ~~research~~ and expert viewpoints from a broad spectrum of disciplines that provide insight into the causes, impacts, and mitigation of the pandemic, highlighting how research ~~on individual~~ and collective behaviour can contribute to an effective response.

**Focus**   19 May 2020



$3.59          $8.89

# Haplogroup H and the Royal Lines of Europe



**H common ancestor**
18,000 years ago

Marie Antoinette          You

Because it is so dominant in the general European population, haplogroup H also appears quite frequently in the continent's royal houses. Marie Antoinette, an Austrian Hapsburg who married into the French royal family, inherited the haplogroup from her maternal ancestors. So did Prince Philip, Duke of Edinburgh, whose recorded genealogy traces his female line to Bavaria. Scientists also discovered that famed 16th century astronomer Nicolaus Copernicus traced his maternal lineages to haplogroup H.

**See references** ∧

   



Like the antebellum judges who denied relief to fugitive slaves, see *id.*, at 119-121, the Court today claims that its decision, however harsh, is compelled by existing legal doctrine. On the contrary, the question presented by this case is an open one, and our Fourteenth Amendment precedents may be read more broadly or narrowly depending upon how one chooses to read them. Faced with the choice, I would adopt a "sympathetic" reading, one which comports with dictates of fundamental justice and recognizes that compassion need not be exiled from the province of judging. Cf. A. Stone, Law, Psychiatry, and Morality 262 (1984) ("We will make mistakes if we go forward, but doing nothing can be the worst mistake. What is required of us is moral ambition. Until our composite sketch becomes a true portrait of humanity we must live with our uncertainty; we will grope, we will struggle, and our compassion may be our only guide and comfort").

45
Poor Joshua! Victim of repeated attacks by an irresponsible, bullying, cowardly, and intemperate father, and abandoned by respondents who placed him in a dangerous predicament and who knew or learned what was going on, and yet did essentially nothing except, as the Court revealingly observes, *ante,* at 193, "dutifully recorded these incidents in [their] files." It is a sad commentary upon American life, and constitutional principles so full of late of patriotic fervor and proud

China #2

Giving it away

Mar 26, 2023

19 Photos Selected



the age of the Spirit of God, we still obey the law.

Why no blood now? God's commands are never arbitrary but always logical. Our God is a logical God. There are many reasons for abstaining from blood. We might mention health and hygiene, HIV, and Covid-19. But there are two reasons that stand out more readily.

First, the life is in the blood and **Life is sacred.** It was God's special gift and the effect of his own breath created Adam's blood. Since life is in the blood, all flesh is lifeless without blood. We know that Adam was formed from the dust- just a lump of clay without any life at  all. God breathed into his nostrils and behold, he became alive. Since the life is in the blood, it was blood which God added to that body when He breathed him the breath of life.

Within the ERA-CLIM project, state-of-the-art standardized sets of such long-term forcing fields from the WCRP initiative CMIP5 were implemented as options in the IFS. They were first tested in an ensemble of century-long model integrations (ERA-20CM). These modifications are shared in ERA5. Details may be found in (Hersbach *et al.*, 2015). This is an improvement on ERA-Interim, which, for example, omitted the occurrence of stratospheric sulphate due to major volcanic eruptions.

The average effect of these forcings on global radiation budgets averaged from 1989 to 2008 is displayed in Table 6 where, as in Berrisford *et al.* (2011), values are compared with Trenberth *et al.* (2009). From this it directly emerges that the lower value of TSI for ERA5 (based on rescaling to match the Total Irradiance Monitor instrument (Lean *et al.*, 2005), first used at ECMWF in the Seasonal System 4 implementation (Molteni *et al.*, 2011)) compares considerably better with the estimates from Trenberth *et al.* (2009) than ERA-Interim does, which by mistake used values which were too high. The net energy input at the TOA, which results in a net global warming, agrees within known uncertainties (Allan *et al.*, 2014; Trenberth *et al.*, 2014); this is in contrast to ERA-Interim which has the wrong sign. However, as for ERA-Interim, the net energy absorbed by the surface is far too large. This leads to a net energy



📄 About  |  ☰ Sections                    🔧    ⋖

are nearest the major sources of aerosols generated by human activity, low-level clouds also contribute the largest source of uncertainty to the aerosol indirect radiative forcing of the climate [*Boucher et al.*, 2013]. Spaceborne observations of clouds are expected to both monitor the Earth's cloud system and provide insight into the processes that affect clouds and their properties. Over three decades of studies based on satellite observations have considerably advanced our knowledge of clouds and some of the processes that affect their radiative and physical properties.

Satellite studies of low-level clouds have mostly relied on multispectral imagery data. For more than a decade, the Moderate Resolution Imaging Spectroradiometers (MODIS) on NASA's Terra and Aqua satellites have generated a wealth of high-quality data that have been used in numerous studies of clouds and the effects of aerosols on clouds [*King et al.*, 2013]. A major limitation in analyses of imagery data is the partial filling of pixels by clouds. This problem was recognized when attempts were first made to objectively analyze imagery data [*Shenk and Salomonson*, 1972]. Through the application of radiometric thresholds, initial attempts at analysis sought to separate cloudy imager pixels from cloud-free imager pixels. Cloudy pixels were assumed to be overcast so that the cloud properties, such as shortwave optical depth and cloud altitude, could be inferred [*Rossow and Garder*, 1993]. In their description of the International Satellite Climatology Project (ISCCP) droplet radius retrieval algorithm, *Han et al.* [1994] demonstrated that if cloudy pixels are assumed to be overcast, then



6:48

March 19
4:2? PM

*Clinical performance*

The variants covered by this test are mainly found in people of European descent.
P . . . estimate that 60.8% of people of European descent carry at least one
copy of the Y402H variant and 33.5% of people of European descent carry at least one
copy of the A69S variant

Frequency of variants ...andMe customers

| Variant name | Europe | ... American | ... Jewish | East Asian | Hispanic or Latino | South Asian |
|---|---|---|---|---|---|---|
| **Y402H (CFH)** | 61.7% | 60.2% | 57.0% | 10. % | 49.5% | 51.3% |
| **A69S (ARMS2)** | 38.6% | 41.4% | 36.7% | 65.8% | 41.6% | 56.2% |

The Y402H variant in the CFH gene is expected to be responsible for approximately 43% of
all cases of AMD in older adults. The A69S variant in the ARMS2 gene is expected to be
responsible for approximately 36% of all cases of AMD in older adults.

*Accuracy*

23andMe performed a method comparison study to assess the accuracy of the assay.
Results of the test were compared with sequencing results for 71 samples with known
Y402H variant status and 79 samples with known A69S variant status. Agreement between
the two methods was >99% for all samples analyzed. The 95% confidence interval was
97.6% to 100.0%

*Precision/Reproducibility*

Precision studies were performed to test the consistency of sample measurements under
different conditions. A total of ??? sample replicates were run across different testing
conditions. This study yielded correct results for ??? of samples across all conditions
tested. The study had >99% reproducibility and ??? repeatability.

*Minimum DNA Input*



A minimum DNA input study was performed using 6 human cell line samples with two lots
of reagents. The study yielded concordant test results for all samples at a DNA
concentration of 15 ng/µL

*Interfering Mutations*

The performance of this test may be affected by the presence of rare mutations, such as
rsv??31700 and rs?????903?? for ...02H, or rs?320???17 for A69S.

Page 6

*Selected References*

Haines ... complement factor H variant ... risk of age-related
macu... Scien.. 308(5720):4?? ...

Rivera A et al. (2005). "Hypothetical LOC387715 is a second major susceptibility gene
age-related macular degeneration, contributing independently of complement factor
disease risk." Hum Mol Genet. 14(21):3227-36.

Schaumbe... A prospective study of 2 major age-related macular



*Clinical performance*

The variants covered by this test are mainly found in people of European descent. P... estimate that 60.8% of people of European descent carry at least one copy of the Y402H variant and 33.5% of people of European descent carry at least one copy of the A69S variant

Frequency of variants    3andMe customers

| Variant name | European | American | Jewish | East Asian | Hispanic or Latino | South Asian |
|---|---|---|---|---|---|---|
| Y402H (CFH) | 61.7% | 60.2% | 57.0% | 10. % | 49.5% | 51.3% |
| A69S (ARMS2) | 38.6% | 41.4% | 36.7% | 65.8% | 41.6% | 56.2% |

The Y402H variant in the CFH gene is expected to be responsible for approximately 43% of all cases of AMD in older adults. The A69S variant in the ARMS2 gene is expected to be responsible for approximately 36% of all cases of AMD in older adults.

*Accuracy*

23andMe performed a method comparison study to assess the accuracy of the assay Results of the test were compared with sequencing results for 71 samples with known Y402H variant status and 79 samples with known A69S variant status. Agreement between the two methods was >99% for all samples analyzed. The 95% confidence interval was 97...

*Precision/Reproducibility*

Precision studies were performed to test the consistency of sample measurements under different conditions. A total of 2 sample replicates were run across different testing conditions. This study yielded correct results for > of samples across all conditions tested. The study had >9 reproducibility and > repeatability.

*Minimum DNA Input*

A minimum DNA input study was performed using 6 human cell line samples with two lots of reagents. The study yielded concordant test results for all samples at a DNA concentration of 15 ng/µl.

*Interfering Mutations*

The performance of this test may be affected by the presence of rare mutations, such as rs7535 and rs30 for Y402H or rs5320 for A69S

*Selected References*

Haines JL et al. (2005). "Complement factor H variant increases the risk of age-related macular degeneration." Science 308(5720):419.

Rivera A et al. (2005). "Hypothetical LOC387715 is a second major susceptibility gene for age-related macular degeneration, contributing independently of complement factor H to disease risk." Hum Mol Genet. 14(21):3227-36.

Schaumberg DA et al. (2007). "A prospective study of 2 major age-related macular degeneration susceptibility alleles and interactions with modifiable risk factors." Arch Ophthalmol. 125(1):55-62.

Additional references included in the test report.





 **3 of 3**

The variants covered by this test are mainly found in people of Euro Published studies estimate that 60.8% of people of European descent ca copy of the Y402H variant, and 33.5% of people of European descent ca copy of the A69S variant.

Frequency of variants in 23andMe customers

| Variant name | European | African American | Ashkenazi Jewish | East Asian | Hisp or L |
|---|---|---|---|---|---|
| Y402H (CFH) | 61.7% | 60.2% | 57.0% | 10.8% | 49 |
| A69S (ARMS2) | 38.6% | 41.4% | 36.7% | 65.8% | 41 |

The Y402H variant in the CFH gene is expected to be responsible for appr all cases of AMD in older adults. The A69S variant in the ARMS2 gene responsible for approximately 36% of all cases of AMD in older adults.

*Accuracy*

23andMe performed a method comparison study to assess the accura Results of the test were compared with sequencing results for 71 san Y402H variant status and 79 samples with known A69S variant status Ag: the two methods was >99% for all samples analyzed. The 95% confide 97.8% to 100.0%.

*Precision/Reproducibility*

Precision studies were performed to test the consistency of sample mea different conditions. A total of 208 sample replicates were run across conditions. This study yielded correct results for >99% of samples acro tested. The study had >99% reproducibility and >99% repeatability.

*Minimum DNA Input*

A minimum DNA input study was performed using 6 human cell line sam of reagents. The study yielded concordant test results for all san concentration of 15 ng/μL.

*Interfering Mutations*

The performance of this test may be affected by the presence of rare m rs573324788 and rs369494877 for Y402H or rs632080303 for A69S

*Selected References*

5:24     ..Il LTE ▭▭

< Newsweek     ▯ ⋮

=› **Newsweek** 90

Мҽіаniа ueiense. пе toiu ivewoweek une

most obvious piece of evidence working

against Trump was the timing of the hush

money payments

"None of it occurred in a vacuum," McAuliffe

said. "Additionally, the statement of facts

refer to recordings, contemporaneous

written documents, and sworn testimony all

focusing on reasons for the catch and kill

scheme that are not concern f▬▬▬▬▬▬

In anticipation of the so-called Melania

defense, prosecutors have pointed to

evidence that Trump and his then-fixer

Michael Cohen were scheming with David

Pecker, the former publisher of The National

Enquirer, to kill negative stories before the

election.







Spectrum
Spectrum **We've increased our
speeds**     Learn More

**1:38** ◢                                    .ıl  **5G** 🔋

< 🔒 **ıonitor.com** 🔖 ⬆️ ⋯



**PacerMonitor**                    ≡    **Sign In →**

# Stephanie Clifford v. Donald J. Trump et al

**California Central District Court**

| | |
|---|---|
| **Judge:** | S James Otero |
| **Referred:** | Frederick F Mumm |
| **Case #:** | 2:18-cv-02217 |
| **Nature of Suit** | 190 Contract - Other Contract |
| **Cause** | 28:1441 Notice of Removal -- Other Contract |
| **Case Filed:** | Mar 16, 2018 |
| **Terminated:** | Mar 07, 2019 |

Docket    Parties (5)    News (7)

**Docket last updated: 04/07/2023 11:59 PM PDT**

## Wednesday, March 27, 2019

111 📄 **1 pgs** **misc** **Receipt** **Thu 03/28 11:42 AM**

Receipt of Acknowledgment of remand documents by Superior Court of California Los Angeles County, case no. BC696568. (lom)

**Continue to Create Account**

← ⓘ 🏠 16

Download PDF                                          ↓

a benign sequence. Failures of this type can have serious biosecurity consequences in allowing bad or careless actors to obtain dangerous genetic material, as well as serious legal consequences for organizations if classification errors cause them to violate national export control laws or biosafety regulations. We have observed these issues in practice as well, but do not report details here as they could constitute an information hazard (e.g., enabling bad actors to evade BLAST-based screening precautions and obtain controlled genetic material).

Moreover, this situation is unstable, with the scope of the problem appearing to be expanding. Inspection of a few of the sequence dates from top matches found that most of the matched sequences, pathogenic or otherwise, were from the last few years. This is unsurprising, given that both the volume of sequencing data and the use of biotechnology tools are continuing to rapidly expand, and implies that the degradation of biosecurity screening based on BLAST against NCBI nucleic acid and protein databases has been

11:49 ✈          .ıı  5G 🔋

📄 About  |  ☰ Sections                    🔧      <

Within the ERA-CLIM project, state-of-the-art standardized sets of such long-term forcing fields from the WCRP initiative CMIP5 were implemented as options in the IFS. They were first tested in an ensemble of century-long model integrations (ERA-20CM). These modifications are shared in ERA5. Details may be found in (Hersbach *et al.*, 2015). This is an improvement on ERA-Interim, which, for example, omitted the occurrence of stratospheric sulphate due to major volcanic eruptions.

The average effect of these forcings on global radiation budgets averaged from 1989 to 2008 is displayed in Table 6 where, as in Berrisford *et al.* (2011), values are compared with Trenberth *et al.* (2009). From this it directly emerges that the lower value of TSI for ERA5 (based on rescaling to match the Total Irradiance Monitor instrument (Lean *et al.*, 2005), first used at ECMWF in the Seasonal System 4 implementation (Molteni *et al.*, 2011)) compares considerably better with the estimates from Trenberth *et al.* (2009) than ERA-Interim does, which by mistake used values which were too high. The net energy input at the TOA, which results in a net global warming, agrees within known uncertainties (Allan *et al.*, 2014; Trenberth *et al.*, 2014); this is in contrast to ERA-Interim which has the wrong sign. However, as for ERA-Interim, the net energy absorbed by the surface is far too large. This leads to a net energy loss of the atmosphere of about 5.6 W·m–2 (8.1 W·m–2for ERA-Interim). Apparently the assimilation system systematically adds energy, which is then deposited into the surface during the connecting short forecasts, which emerges as the diagnosed loss (Mayer and Haimberger, 2012). The loss of –1.6



science.

All these developments and data will feed into the next generation of global reanalysis (ERA6), which is to be based on a coupled atmosphere–ocean system. It is foreseen that, until completion of this new full-observing-system reanalysis, ERA5 will be updated into the mid-2020s.

## ACKNOWLEDGMENTS

Reanalysis touches on a large number of activities at ECMWF and its success relies on the efforts from many, many people across ECMWF and from many collaborations. ECMWF implements the Copernicus Climate Change Service on behalf of the European Union, and ERA5 was produced with funding from this Service. The EU, through the 7th Framework Programme, supported the ERA-CLIM and ERA-CLIM2 projects which served as precursors to the ERA5 reanalysis. The efforts of the many scientists involved in these projects is gratefully acknowledged. Preparation of ERA5 has been supported by ECMWF staff, three of which were supported by the ERA-CLIM2 project, funded by the European Union's Seventh Framework Program under grant agreement 607029, two of which were funded by EUMETSAT, and by staff secondments from NCAS, a NERC Collaborative Centre, and the JMA. ERA5 benefits from the usage of a large number of reprocessed datasets that were prepared by CIMMS, ESA, EUMETSAT Satellite Application Facilities (SAF), JMA, NASA, NASDA, NOAA, TU Wien and UCAR. The Copernicus (2019) ozone data were downloaded from the C3S CDS. In addition, we thank three

9:03 ✈    .ıl 5G ⚡

# concentrations in representative ⊗ e sociated soils from a forest in North- ation Data Centre ( 3 ) http://doi.org/10.

## Data citation example (1)    Visit
## Data citation in text; (2)...

Images may be subject to copyright. **Learn More**

# Related content

...highly site specific, potentially limiting their wider value. However, applying the approach as conducted in this paper to data such as that presented by Barnett et al (2013) to ( · )ve relative values for different organisms should provide a more generic set of reference data'. In taking the REML approach forward it will be beneficial to target...

References
Barnett et al., 2013 C ( 2 ) rnett, N.A. Beresford, L.A. Walker, M. Baxter, C. Wells, D. Copplestone Element and radionuclide concentrations in representative species of the ICRP's reference animals and plants and associated soils from a forest in North-west England NERC - Environmental Information Data Centre ( 3 ) http://doi.org/10.5285/e40b53d4-6699-4557-bd55-10d196ece9ea

Rᵋ ResearchGate

## Data citation example (1) Data citation in tex...

*Availability of data and materials*
The datasets have been deposited in the Sequenced Read Archive (SRA) under accession number PRJNA400297 (SRX3136161-SRX3136172) [78], and also in the Genome Sequence Archive [79] in BIG Data Center [80], Beijing Institute of Genomics (BIG), Chinese Academy of Science under accession number CRA000472 [81].

Rᵋ ResearchGate

## Example of a Data Availability Statement...

**Data availability**

The data that support the findings of this study is publicly available in HarvardDataVerse, https://doi.org/10.7910/DVN/CXOLJW. Due to the conditions of the ethics committee of the University of Zurich, we deleted all information that identified clubs' individual responses. A list of all names, foreign groups, and the emails in their original language are given in the Supplementary Information.

←     ⌂     ☐



# What Does Et Al. Mean?

It's not exactly a tricky word to spell or read. Et al. is one of the most common Latin abbreviations used in English, which is an abbreviation of "et alia." This gender-neutral term's English translation is "and others."

But its Latin origin can be confusing since Latin phrases are often gendered. For instance, "et aliae" is for feminine author names, while "et alii" is for masculine.

It can also mean "et alibi" or "and elsewhere." This term may refer to a subject that appears in other parts of the academic paper or formal writing. It's also for locations that do not appear on the list, like a list of casinos, malls, parks, and more.





should not be capitalized because we are using.

100

00:19:49.980 --> 00:19:50.430

Kacy Walz: American.

101

00:19:52.020 --> 00:20:03.120

Kacy Walz: hospital association that should be in sentence level capitalization because it's a journal title and it should also be italics sized along with the volume number and that's number 47.

102

00:20:03.390 --> 00:20:16.470

Kacy Walz: Some of you also pointed out that there should not be PP in there, because when we're familiar with a PA formatting we're going to understand that 299 to 305 is our page range, so we don't need that extra information there.

103

00:20:17.880 --> 00:20:29.970

173

00:33:25.560 --> 00:33:35.070

Kacy Walz: The comma goes between the author and the year after at all So here we have in the parents article that that that last.

174

00:33:36.360 --> 00:33:51.120

Kacy Walz: example Holocaust key at all that's the narrative form or if i'm using parentheses that i'm going to put et space Al period comma after that period, and then the year in parentheses.

175

00:33:52.140 --> 00:34:00.480

Kacy Walz: For APA seven one of my favorite changes that they've made is that we now use at all anytime you are.

176

00:34:02.040 --> 00:34:09.660

Kacy Walz: citing a source, with three or more authors, so the first time the 25th time you're going to use.

some different styles of citing, and so I was very nervous when I was told I was going to expect to.

204

00:40:14.010 --> 00:40:22.770

Kacy Walz: be expected to be an expert in APA and these modules really, really helped build my confidence in those they allow you to test yourself and really put these.

205

00:40:23.130 --> 00:40:35.250

Kacy Walz: pieces into practice, and I know for me that's how I learned best so you can always email us at writing support at Walden you.edu So if you have questions after this presentation is over.

206

00:40:35.670 --> 00:40:45.720

Kacy Walz: If you're watching it as a as a recording you can email us and we will respond a writing instructor will actually respond to that email as quickly as we can.

9:13 ⏶                                  ▪ 5G ⚡

‹    ⓘ  **ns.wsu.edu** 🔖  ⬆️  •••



## The Website of Prof. Paul Brians

# et al.

"Et al." is a scholarly abbreviation of the Latin phrase *et alia*, which means "and others." It is commonly used when you don't want to name all the people or things in a list, and works in roughly the same way as "etc." "The reorganization plan was designed by Alfred E. Newman, General Halftrack, Zippy the Pinhead, et al.; and it was pretty useless." The "al." in this phrase needs a period after it to indicate it is an abbreviation of *alia*, but it is incorrect to put a period after "et."

Back to list of errors

                        

12:05

5G

 Contents    PDF / ePub     More

## Acknowledgments

The authors thank members of Drs. Ethell, Razak and Binder laboratories for helpful discussions and comments.

## Declaration of Conflicting Interests

The author(s) declared no potential conflicts of interest with respect to the research, authorship, and/or publication of this article.

## Funding

The author(s) disclosed receipt of the following financial support for the research, authorship, and/or publication of this article: Research in authors' laboratories is supported by grants from the National Institutes of Mental Health (1U54 HD082008-01) and the U.S. Army Medical Research (W81XWH-15-1-0436).

## References

Abe M., Furukawa S., Takayama S., Michitaka K., Minami H., Yamamoto K., Horiike N., Onji M. (2003). Drug-induced hepatitis with autoimmune features during minocycline therapy. *Intern Med*, 42, 48–52.

GO TO REFERENCE

Privacy